IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP                                                    PLAINTIFF

v.                           No. 5:03-cv-00055-DPM

RAY HOBBS, Director Arkansas
Department of Correction                                              DEFENDANT

ORDER

Notwithstanding the Court's intention to keep this case moving forward, and its admonitions to counsel about sticking with the scheduling order, the press of other matters has kept the Court from studying the parties' papers on the merits and evaluating which claims should proceed. The Court must do this evaluation before considering whether to allow discovery. Therefore, the Scheduling Order, *Document No. 53*, is vacated; an Amended Order will issue soon. The motion for discovery, *Document No. 60*, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2012