IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP                                                              PETITIONER

v.                                      No. 5:03-cv-55-DPM

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

ORDER

1. Kemp's motion for reconsideration, № 111, is denied for the reasons well and succinctly stated in Hobbs's response, № 112.

2. The joint motion, № 110, is reluctantly granted. Counsel and the Court must make this case a priority in the coming months. If any witness (including an expert) cannot attend the hearing, then his or her testimony should be taken by video deposition. The new hearing date can accommodate up to five days of proof.

| | |
|---|---|
| 21 November 2014 | Kemp must disclose all experts and their opinions |
| 9 January 2015 | Hobbs must disclose all experts and their opinions |

9 February 2015            Pre-hearing disclosures of all witnesses and exhibits. Follow Rule 26.

2 March 2015               Evidentiary hearing

The Court will not modify the schedule again absent truly extraordinary circumstances.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2014