IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP                                                PETITIONER

v.                              No. 5:03-cv-55-DPM

WENDY KELLEY, Director, ADC                                       RESPONDENT

ORDER

The Court will reconvene the evidentiary hearing on April 13th, 14th, and 15th. We'll start at 8:30 a.m. each day. If any remaining witness cannot participate in person, or remotely, on those dates, then his or her testimony should be taken by video deposition in the next few weeks and presented then. (These are the Court's only available dates in the next few months; and we need to finish the rest of the testimony while the evidence from our March hearing is fresh for everyone.) The Court directs petitioner's counsel to work with the Court's IT department now to schedule and arrange any remote testimony in April.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2015