IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP
ADC #000934                                                              PETITIONER

v.                             No. 5:03-cv-55-DPM

WENDY KELLEY, Director, ADC                                     RESPONDENT

## ORDER

This case is scheduled for continuation of the evidentiary hearing starting Monday, 13 April 2015 at 9:30 a.m. at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

The Court directs the Arkansas Department of Correction to ensure the attendance of Petitioner Timothy Wayne Kemp (ADC #000934), Varner SuperMax Unit, at 9:00 a.m. on April 13th—so he has time to meet with his lawyers before the hearing.

The ADC shall send with Kemp his complete institutional and medical files.

And the ADC shall bring Kemp to Court each morning thereafter by 8:00 a.m. until the hearing is concluded.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_31 March 2015_