IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY WAYEN KEMP**                                         PETITIONER

v.                              No. 5:03-cv-55DPM

**WENDY KELLEY, Director, ADC**                            RESPONDENT

ORDER

Pursuant to General Order 54, the Court authorizes PAUL CONNOR, NATALIE NOVICK BROWN; RICHARD ADLER; GEORGE WOODS; and SEAN O'BRIEN to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock the week of 13 April 2015 for a hearing in this case.

The following rules apply to this access.

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

January 2014

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>13 April 2015</u>