IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP
ADC #000934                                                                               PETITIONER

v.                              No. 5:03-cv-55-DPM

WENDY KELLEY, Director, ADC                                              RESPONDENT

ORDER

This case is scheduled for a hearing on Wednesday, 6 May 2015 at 8:30 a.m., at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

The Court directs the Arkansas Department of Correction to ensure the attendance of Petitioner Timothy Wayne Kemp (ADC #000934), Varner SuperMax Unit, at 8:00 a.m. on 6 May — so he has time to meet with his lawyers before the hearing.

The ADC shall send with Kemp his complete institutional and medical files.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 April 2015