IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WAYNE KEMP                                                    PETITIONER

v.                              No. 5:03-cv-55-DPM

WENDY KELLEY, Director, ADC                                           RESPONDENT

## JUDGMENT

Kemp's second amended petition for a writ of habeas corpus is dismissed with prejudice. The Court has issued a certificate of appealability, 28 U.S.C. § 2253(c), on three issues. № 150 at 47.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2015